IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRUCE T. BEATTIE, Defendant. | PO-21-05011-BLG-TJC<br>Violation No. F5236227<br>Location Code: M6H<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |
|---|---|

Based on motion of the United States (Doc. 4) and good cause appearing,

IT IS ORDERED that the motion to dismiss Violation Notice F5236227 with prejudice is GRANTED. This matter is dismissed, with prejudice, as fully adjudicated.

DATED this 7th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge